**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S. N., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BRIGHT HEART HEALTH, INC., d/b/a BRIGHT HEART HEALTH, a California Professional Corporation,<br><br>Defendant. | **Case No. 3:24-cv-02112-SI**<br><br>**ORDER GRANTING MOTION FOR ADMINISTRATIVE LEAVE FOR PLAINTIFF S.N. TO PROCEED PSEUDONYMOUSLY,**<br>**ECF No. 7** |

**ORDER GRANTING MOTION FOR ADMINISTRATIVE LEAVE FOR PLAINTIFF S.N. TO PROCEED PSEUDONYMOUSLY**

The Court has reviewed Plaintiff S.N.'s Motion for Administrative Leave to Proceed Pseudonymously (ECF No. 7), and find that it meets the Court's balance test of three situations allowing a plaintiff to proceed anonymously: (1) when identification creates a risk of retaliatory physical or mental harm; (2) when anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature; and (3) when the anonymous party is compelled to admit his or her intention to engage in illegal conduct, thereby risking criminal prosecution, *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000) (quoting *United States v. Doe*, 655 F.2d 920, 922 n.1 (9th Cir. 1980)).

The Court finds the second situation to apply to Plaintiff, and Plaintiff shall be identified in all public filings in this action as "S.N." In addition, unless further order of the Court, no party shall use the name, address, or any other identifying contact information of Plaintiff in any public filing in this case.

**IT IS SO ORDERED.**

Date: 5/14/2024

Susan Illston
U.S. DISTRICT COURT JUDGE
SUSAN ILLSTON