John R. Parker, Jr. (SBN 257761)
Matthew J. Langley, SBN 342846
**ALMEIDA LAW GROUP LLC**
3550 Watt Avenue, Suite 140
Sacramento, California 95608
Tel: (916) 616-2936
jrparker@almeidalawgroup.com
matt@almeidalawgroup.com

**MIGLIACCIO & RATHOD LLP**
Nicholas Migliaccio (*pro hac vice* anticipated)
Jason Rathod (*pro hac vice* anticipated)
Bryan G. Faubus (*pro hac vice* anticipated)
412 H St. NE
Washington, DC 20002
Tel: (202) 470-3520
Fax: (202) 800-2730
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
bfaubus@classlawdc.com

*Attorneys for Plaintiff and Proposed Class*

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| S. N., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>BRIGHT HEART HEALTH, INC., d/b/a BRIGHT HEART HEALTH, a California Professional Corporation,<br><br>Defendant. | **Case No. 3:24-cv-02112-SI**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

TO: THE COURT AND ALL PARTIES OF RECORD:

Plaintiff S.N. hereby voluntarily dismisses with prejudice, the above-captioned action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with each party to bear its own costs and attorneys' fees.

Dated: October 21, 2024

Respectfully submitted,

/s/ Matthew J. Langley

Matthew J. Langley, SBN 342846
John R. Parker, Jr. (SBN 257761)
matt@almeidalawgroup.com
jrparker@almeidalawgroup.com
**ALMEIDA LAW GROUP LLC**
3550 Watt Avenue, Suite 140
Sacramento, California 95608
Tel: (916) 616-2936

**MIGLIACCIO & RATHOD, LLP**
Nicholas A. Migliaccio
Jason S. Rathod
Bryan G. Faubus
Tel: 202.470.3520
nmigliaccio@classlawdc.com*
jrathod@classlawdc.com*
bfaubus@classlawdc.com*
(* *pro hac vice anticipated)*

***Attorneys for Plaintiff & the Putative Classes***

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

APPROVED

Susan Illston

Judge Susan Illston

Dismissal is with prejudice only as to plaintiff S.N.

Date: October 21, 2024

**CERTIFICATE OF SERVICE**

I certify that on October 21, 2024, I electronically served the foregoing on all counsel of record via the Court's CM/ECF system.

*/s/ Matthew J. Langley*